IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| RFID TECHNOLOGY INNOVATIONS, LLC, | § § § | |
| Plaintiff, | § § | Case No: 6:20-cv-0961-ADA |
| vs. | § § | PATENT CASE |
| TOUMA, INCORPORATED d/b/a ASAP SYSTEMS, | § § § | |
| Defendant. | § § § | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, RFID Technology Innovations, LLC ("RFID"), hereby files this Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, RFID hereby voluntarily dismisses this action against Touma, Incorporated d/b/a ASAP Systems with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs

Dated: February 4, 2021         Respectfully submitted,

*/s/ Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**D. BRADLEY KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165

jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**